# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JORDAN CYPRIAN

NO. 2020 KW 0641

**JULY 22, 2020**

---

In Re:   On motion of Jordan Cyprian, to stay jury trial, 21st Judicial District Court, Parish of Tangipahoa, No. 1603119.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**MOTION TO STAY JURY TRIAL DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT